THOMAS R. BURKE (State Bar No. 141930)
MONDER KHOURY (State Bar No. 312949)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:    (415) 276-6500
Facsimile:     (415) 276-6599
Email: thomasburke@dwt.com
          mikekhoury@dwt.com

Attorneys for Plaintiff
KXTV, LLC dba ABC10

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KXTV, LLC dba ABC10,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　　　　　Defendant. | Case No.  2:19-at-00182<br><br>**PLAINTIFF KXTV, LLC dba ABC10'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff KXTV, LLC dba ABC10 ("ABC10"), by and through its counsel, hereby certifies as follows:

ABC10 is a wholly owned subsidiary of TEGNA Inc., a publicly held corporation.

　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: March 7, 2019　　　　　　　DAVIS WRIGHT TREMAINE LLP


By:  /s/ *Thomas R. Burke*
　　　　　THOMAS R. BURKE

Attorneys for Plaintiff
KXTV, LLC dba ABC10