McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

ATTORNEYS FOR UNITED STATES
CITIZENSHIP AND IMMIGRATION SERVICES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KXTV, LLC DBA ABC10,<br><br>                          Plaintiff,<br><br>          v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>                          Defendants. | CASE NO. 2:19-CV-415 JAM CKD<br><br>NOTICE OF RELATED CASES |
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ | CASE NO. 2:18-mj-00152-EFB-1 |

NOTICE IS HEREBY GIVEN that the above-entitled actions are related to the extent that in the FOIA action, Plaintiff KXTV, LLC dba ABC10 seeks the A-File of the individual named in the immigration action, OMAR ABDULSATTAR AMEEN. The United States is not requesting the actions be coordinated or consolidated, it is simply making the court aware of the connection of these two actions pursuant to EDCA Local Rule 123(a)(4). Case No. 2:18-mj-00152-EFB-1 is an extradition case assigned solely to a United States Magistrate Judge pursuant to Local Rule 302(b)(8).

///

///

NOTICE OF RELATED CASES

1

Dated:  April 23, 2019

McGREGOR W. SCOTT
United States Attorney

By:  /s/ *KELLI L. TAYLOR*
KELLI L. TAYLOR
Assistant United States Attorney