McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Email: Kelli.L.Taylor@usdoj.gov

*Attorneys for the United States*

THOMAS R. BURKE (State Bar No. 141930)
MONDER KHOURY (State Bar No. 312949)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com
 mikekhoury@dwt.com

Attorneys for Plaintiff
*KXTV, LLC dba ABC10*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KXTV, LLC dba ABC10, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | CASE NO. 2:19-CV-415 JAM CKD <br><br> ORDER RE STIPULATED EXTENSION OF TIME FOR USCIS TO PRODUCE THE *VAUGHN* INDEX |

The Court, having considered the parties' stipulated request to extend Defendant USCIS's time to produce the *Vaughn* index from July 26 until August 21, 2019, hereby finds that good cause exists to grant this request. The extension of the timing to produce the *Vaughn* index does not affect any of the other deadlines previously set by the Court in this case (ECF 11, 10). Thus, the deadlines for this matter are as follows:

| Date | Brief | Page Limits |
|---|---|---|
| August 21, 2019 | Production of *Vaughn* index by Defendant USCIS | N/A |
| September 18, 2019 | Defendant USCIS's Motion for Summary Judgement | 25 |
| October 22, 2019 | Plaintiff's Opposition to Summary Judgment | 25 |
| November 12, 2019 | Defendant USCIS's Reply In Support of Its Motion for Summary Judgment | 15 |
| November 26, 2019 | Plaintiff's Sur-reply | 5 |
| January 14, 2020 @ 1:30 | Hearing | |

IT IS SO ORDERED.
DATED: July 18, 2019

/s/ John A. Mendez_____
Hon. JOHN A. MENDEZ
United States District Judge
Eastern District of California

*KXTV, LLC dba ABC 10 v. USCIS*, 2:19-cv-00415
[Proposed] Order re Stipulated Extension of Time for USCIS to Produce *Vaughn* Index

2