HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR ABDULSATTAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KXTV, LLC dba ABC10, | Case No. 2:19-CV-415 JAM CKD |
| Plaintiff, | **ORDER RE: OMAR AMEEN'S MOTION TO INTERVENE** |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | Judge: Hon. John A. Mendez |
| Defendant. | |

For the reasons set forth in Mr. Ameen's unopposed Motion to Intervene, the Motion is GRANTED and Mr. Ameen is given permission to intervene in this matter.

Dated: August 23, 2019

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE