McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Email: Kelli.L.Taylor@usdoj.gov

*Attorneys for the United States*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KXTV, LLC dba ABC10,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant.<br><hr>OMAR ABDULSATTAR AMEEN,<br><br>Intervenor. | CASE NO. 2:19-CV-415 JAM CKD<br><br>ORDER RE STIPULATED EXTENSION OF THE BRIEFING SCHEDULE |

The Court, having considered the parties' stipulated request to extend the briefing schedule and deadlines in this case, hereby finds that good cause exists to grant this request based on Intervenor's recent addition to this action. These extended deadlines do not affect any of the January 14, 2020 hearing date previously scheduled for this matter. Thus, the deadlines for this matter are as follows:

///
///
///
///

| Event | Prior Date | New Date | Page Limits |
|---|---|---|---|
| Intervenor shall provide his list of information (documents or radactions) that he waives any privacy interest in | N/A | Sept. 18, 2019 | N/A |
| Defendant USCIS' advises whether it will produced the Intervenor's additional waived documents or the basis for withholding | N/A | Oct. 16, 2019 | N/A |
| Plaintiff advises whether the August production and any further production based on Intervenor's waiver resolves this action | N/A | Oct. 31, 2019 | N/A |
| Defendant USCIS's Motion for Summary Judgement | Sept. 18, 2019 | Nov. 21, 2019 | 25 |
| Plaintiff's Opposition to Summary Judgment | Oct. 22, 2019 | Dec. 20, 2019 | 25 |
| Defendant USCIS's Reply In Support of Its Motion for Summary Judgment | Nov. 12, 2019 | Jan. 3, 2020 | 15 |
| Plaintiff's Sur-reply (Optional) | Nov. 26, 2019 | Jan. 10, 2020 | 5 |
| Hearing | Jan. 14, 2020 @ 1:30 | No Change | |

IT IS SO ORDERED.

DATED: August 30, 2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge
Eastern District of California