McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Email: Kelli.L.Taylor@usdoj.gov

*Attorneys for the United States*

THOMAS R. BURKE (State Bar No. 141930)
MONDER KHOURY (State Bar No. 312949)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
Email:    thomasburke@dwt.com
          mikekhoury@dwt.com

*Attorneys for Plaintiff KXTV, LLC dba ABC10*

HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

*Attorneys for Intervenor Omar Abdulsattar Ameen*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KXTV, LLC dba ABC10,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>        Defendant.<br><br>OMAR ABDULSATTAR AMEEN,<br><br>        Intervenor. | CASE NO. 2:19-CV-415 JAM CKD<br><br>ORDER RE STIPULATED EXTENSION OF THE BRIEFING SCHEDULE |

The Court, having considered the parties' stipulated request to extend the briefing schedule and deadlines in this case, hereby finds that good cause exists to grant this request based on Intervenor's recent addition to this action. These extended deadlines do not affect the January 14, 2020 hearing date previously scheduled for this matter. Thus, the deadlines for this matter are as follows:

| Event | Prior Dates | New Dates | Page Limits |
|---|---|---|---|
| Intervenor shall provide his list of information (documents or redactions) that he waives any privacy interest in | N/A | Sept. 18, 2019 | N/A |
| Defendant USCIS' advises whether it will produce the Intervenor's additional waived documents or the basis for withholding | Oct. 16, 2019 | Oct. 24, 2019 | N/A |
| Plaintiff advises whether the August production and any further production based on Intervenor's waiver resolves this action | Oct. 31, 2019 | Nov. 20, 2019 | N/A |
| Defendant USCIS's Motion for Summary Judgment | Nov. 21, 2019 | Dec. 18, 2019 | 25 |
| Plaintiff's Opposition to Summary Judgment | Dec. 20, 2019 | January 17, 2020 | 25 |
| Defendant USCIS's Reply In Support of Its Motion for Summary Judgment | Jan. 3, 2019 | January 31, 2020 | 15 |
| Plaintiff's Sur-reply (Optional) | Jan. 10, 2020 | February 10, 2020 | 5 |
| Hearing | Jan. 14, 2020 @ 1:30 | February 25, 2020 at 1:30 p.m. | |

IT IS SO ORDERED.

DATED: October 16, 2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge
Eastern District of California