1  McGREGOR W. SCOTT
   United States Attorney
2  KELLI L. TAYLOR
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5  Email: Kelli.L.Taylor@usdoj.gov

6  Attorneys for Defendant
   U.S. Citizenship and Immigration Services ("USCIS")

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KXTV, LLC dba ABC10, | CASE NO. 2:19-CV-415 JAM CKD |
| Plaintiff, | |
| v. | ORDER RE STIPULATED EXTENSION OF THE BRIEFING SCHEDULE |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendant. | |
| OMAR ABDULSATTAR AMEEN, | |
| Intervenor. | |

The Court, having considered the parties' stipulated request to extend the briefing schedule and deadlines in this case, hereby finds that good cause exists to grant this request based on Intervenor's recent addition to this action. These extended deadlines do not affect the February 25, 2020, hearing date previously scheduled for this matter. Thus, the deadlines for this matter are as follows:

| Event | Prior Dates | New Dates |
|---|---|---|
| Defendant USCIS's Reply In Support of Its Motion for Summary Judgment | Jan. 31, 2020 | Feb. 7, 2020 |
| Plaintiff's Sur-reply (Optional) | February 10, 2020 | Feb. 17, 2020 |
| Hearing | February 25, 2020 at 1:30 p.m. | No Change |

| | |
|---|---|
| 1 |      IT IS SO ORDERED. |
| 2 | DATED: January 30, 2020                /s/ John A. Mendez |

HONORABLE JOHN A. MENDEZ
United States District Court Judge
Eastern District of California