McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Email: Kelli.L.Taylor@usdoj.gov

*Attorneys for the United States*

THOMAS R. BURKE (State Bar No. 141930)
MONDER KHOURY (State Bar No. 312949)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com
       mikekhoury@dwt.com

Attorneys for Plaintiff
*KXTV, LLC dba ABC10*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KXTV, LLC dba ABC10,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | CASE NO. 2:19-CV-415 JAM CKD<br><br>STIPULATION TO EXTEND DEADLINE FOR KXTV, LLC TO MOVE FOR ATTORNEY FEES AND ORDER |

The parties, through counsel, hereby stipulate that the deadline for Plaintiff KXTV, LLC to file a motion for attorney fees shall be extended from March 20, 2020 until April 30, 2020. Good cause exists to grant this request to allow the parties to reach an agreement without Court intervention, and in light of the COVID-19 pandemic, which has impacted business and government operations, especially in Northern California. This is the parties' first request for an extension of the deadline to file a motion for

attorney fees.

DATED: March 18, 2020

McGREGOR W. SCOTT
United States Attorney

By: */s/ Kelli L. Taylor*
KELLI L. TAYLOR
Assistant United States Attorney
Attorneys for the United States

DATED: March 18, 2020

DAVIS WRIGHT TREMAINE LLP

By: */s/ Thomas R. Burke*
THOMAS R. BURKE
Attorneys for Plaintiff

**IT IS SO ORDERED**.

DATED: 3/18/2020

/s/ John A. Mendez
Hon. JOHN A. MENDEZ
United States District Court
Eastern District of California

*KXTV, LLC dba ABC 10 v. USCIS*, 2:19-cv-00415
Stipulation to Extend Deadline for KXTV to Move for Attorney Fees and [Proposed] Order

2